667 A.2d 211

Louis BANK, Agent for Owners and Herman Bank, Kenneth Bank, Ruth Bank, Sol K. Spector, and Estate of Ralph Slobotkin, Owners c/o Louis Bank, Appellants,

v.

Elena ANGELATOS & James Angelatos, Stargate Diner, Inc., a Pennsylvania Corporation, Gindin Insurance Agency, National Union Fire Insurance Company, Stephen R. Figlin & Co., Adjuster, and Albert M. Greenfield & Co., Inc.

Supreme Court of Pennsylvania.

Argued Oct. 24, 1995.

Decided Nov. 22, 1995.

Arthur R. Sagoskin, Newton, for Louis Bank, et al.

William J. Schmidt, Ruth Greenlee, Philadelphia, for National Union Fire Insurance Company.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., participates by designation as a senior judge as provided by Pa.R.J.A. No. 701(f).